■ JANETH SARAVIA, Appellant, v NATIONAL WESTMINSTER BANK USA, Defendant and Third-Party Plaintiff-Respondent. CRAFTSMEN WOODWORKERS, LTD., et al., Third-Party Defendants-Respondents. [628 NYS2d 505] —Appeal by the plaintiff from a judgment of the Supreme Court, Suffolk County (Oshrin, J.), entered February 24, 1994.

Ordered that the judgment is affirmed, with one bill of costs to the respondents appearing separately and filing separate briefs, for reasons stated by Justice Oshrin at the Supreme Court in an order dated December 30, 1993. Bracken, J. P., Rosenblatt, Krausman and Goldstein, JJ., concur.

■ JOEL SCHWARTZ, Appellant, et al., Plaintiff, v LINCOLN SQUARE SYNAGOGUE et al., Respondents. [628 NYS2d 504] —Appeal by the plaintiff Joel Schwartz from stated portions of an order of the Supreme Court, Kings County (I. Aronin, J.), dated December 15, 1993.

Ordered that the order is affirmed insofar as appealed from, with costs, for reasons stated by Justice Irving Aronin in his memorandum decision dated September 23, 1993. Balletta, J. P., Thompson, Santucci, Altman and Hart, JJ., concur.